**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Brown & Pipkins, LLC d/b/a Acsential** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Acsential Construction**<br>**DBA  Acsential Inc.**<br>**FKA  BCPR, LLC**<br>**FKA  BGPR, LLC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **43-1949166** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2950 Stone Hogan Connector SW**<br>**Bldg. 5**<br>**Atlanta, GA 30331**<br>Number, Street, City, State & ZIP Code | **PO BOX 312245**<br>**Atlanta, GA 31131**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Brown & Pipkins, LLC d/b/a Acsential**    Case number (if known) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

☑ Yes.

If more than 2 cases, attach a separate list.

| | District | **Northern District of Georgia** | When | **12/19/17** | Case number | **17-71772** |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | | Relationship | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Brown & Pipkins, LLC d/b/a Acsential**                                    Case number (*if known*)
Name

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____

Contact name  _____

Phone  _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

12/20/19  2:24PM

| Debtor | **Brown & Pipkins, LLC d/b/a Acsential** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 20, 2019**
                MM / DD / YYYY

**X** **/s/ Deidre F. Brown**                                   **Deidre F. Brown**
Signature of authorized representative of debtor            Printed name

Title    **CEO; Co-Manager**

**18. Signature of attorney**

**X** **/s/ William A. Rountree**                    Date    **December 20, 2019**
Signature of attorney for debtor                            MM / DD / YYYY

**William A. Rountree**
Printed name

**Rountree, Leitman & Klein, LLC**
Firm name

**Century Plaza I**
**2987 Clairmont Road, Ste 175**
**Atlanta, GA 30329**
Number, Street, City, State & ZIP Code

Contact phone    **404-584-1244**        Email address    **swenger@rlklawfirm.com**

**616503 GA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Brown & Pipkins, LLC d/b/a Acsential**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 20, 2019**         X **/s/ Deidre F. Brown**
                                            Signature of individual signing on behalf of debtor

                                            **Deidre F. Brown**
                                            Printed name

                                            **CEO; Co-Manager**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name  **Brown & Pipkins, LLC d/b/a Acsential** |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA |
| Case number (if known)  _____ |

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................  $ _____0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.............................................................................  $ _____11,921.25

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...............................................................................  $ _____11,921.25

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ _____2,133,904.16

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................  $ _____1,524.12

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ _____1,569,314.30

4.  Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b

    $ _____3,704,742.58

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Brown & Pipkins, LLC d/b/a Acsential**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **0.00** | - **0.00** = .... | **$0.00** |
| | face amount | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **96,296.52** | - **96,296.52** = .... | **$0.00** |
| | face amount | doubtful or uncollectible accounts | |

12.      **Total of Part 3.**                                                                    **$0.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Brown & Pipkins, LLC d/b/a Acsential** | Case number *(If known)* |
|--------|------------------------------------------|--------------------------|
|        | Name                                     |                          |

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---------|---------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies**<br>Janitorial Supplies | | **Unknown** | | **$2,500.00** |

---

**23.   Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | **$2,500.00** |
|--|---------------|

**24.   Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---------|-----------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---------|-----------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---------|----------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

---

Debtor    **Brown & Pipkins, LLC d/b/a Acsential**                          Case number *(If known)* _____
          Name

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1.   **1997 Ford Explorer** _____   **Unknown** _____   **$0.00**

    47.2.   **2012 Dodge Caravan** _____   **Unknown** _____   **$500.00**

    47.3.   **2012 Dodge Journey** _____   **Unknown** _____   **$500.00**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**
       **Machines, fixtures, and equipment** _____   **Unknown** _____   **$3,921.25**

51.    **Total of Part 8.**                                                          | **$4,921.25** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

  ■ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ■ No.  Go to Part 11.
  ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

**Current value of
debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Brown & Pipkins, LLC d/b/a Acsential** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Outstanding Balance of loan to New Beginnings Fort Polk** | **9,000.00**    - Total face amount | **4,500.00**    = doubtful or uncollectible amount | **$4,500.00** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$4,500.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Debtor | **Brown & Pipkins, LLC d/b/a Acsential** | Case number *(If known)* |
|--------|------------------------------------------|--------------------------|
|        | Name | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,921.25 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,921.25 | +91b.  $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92          $11,921.25

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name     **Brown & Pipkins, LLC d/b/a Acsential**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Fairfax Cnty Dept of Tax Admin** | | | |
|---|---|---|---|---|

| **Fairfax Cnty Dept of Tax Admin** | | |
|---|---|---|
| Creditor's Name | | |
| | Describe debtor's property that is subject to a lien | $111,366.02 | $0.00 |

**Govenent Center
12000 Government Center
Parkwa
Fairfax, VA 22035**
Creditor's mailing address

Describe the lien
**Tax lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Internal Revenue Service (CIO)** | | $1,889,350.64 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**PO Box 7346
Philadelphia, PA 19101**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Brown & Pipkins, LLC d/b/a Acsential**

Case number (if know) _____

Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Small Business Administration** | | |
|---|---|---|---|

Creditor's Name

**PO Box 3918**
**Portland, OR 97208**

Creditor's mailing address

| Describe debtor's property that is subject to a lien | $133,187.50 | Unknown |
|---|---|---|
| **Accounts, Inventory, Equipment, etc.** | | |

Describe the lien
**Revolving Line of Credit secured by UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5005**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $2,133,904.16

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Brown & Pipkins, LLC d/b/a Acsential**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| 2.1 | | |
|---|---|---|
| Priority creditor's name and mailing address<br>**Commonwealth of VA Dept<br>of Taxation<br>PO Box 5610<br>Richmond, VA 23220** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim:<br>**Withholding Tax - Notice only** | |
| Last 4 digits of account number **166F**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.2 | | |
|---|---|---|
| Priority creditor's name and mailing address<br>**County of Fairfax, VA Dept of<br>Tax Administration<br>PO Box 10203<br>Fairfax, VA 22035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00        $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Business/Occupational License - notice only** | |
| Last 4 digits of account number **7478**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    54521                    Best Case Bankruptcy

| Debtor | Brown & Pipkins, LLC d/b/a Acsential | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br><br>**EDD - Treasury Offset Program**<br>**PO Box 997416**<br>**Sacramento, CA 95899** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**   $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding tax - notice only** | |
| | Last 4 digits of account number **9166**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.4 | Priority creditor's name and mailing address<br><br>**Florida Deparment of Revenue -**<br>**Tax Lien Dept.**<br>**1415 W US HWY 90 STE 115**<br>**Lake City, FL 32055** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**   $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number **9166**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.5 | Priority creditor's name and mailing address<br><br>**Florida Department of Revenue**<br>**505 W. Tennessee St.**<br>**Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**   $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Reemployment tax - Notice only** | |
| | Last 4 digits of account number **5756**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.6 | Priority creditor's name and mailing address<br><br>**Georgia Department of Labor**<br>**148 Andew Young Int'l Blvd. NE**<br>**Atlanta, GA 30303** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**   $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number **4101**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Brown & Pipkins, LLC d/b/a Acsential | | |
|---|---|---|---|
| | Name | Case number (if known) | |

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Georgia Department of Revenue**
**1800 Centrury Center Blvd**
**Suite 9100**
**Atlanta, GA 30345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number **9166**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Jacob Collection Group, LLC**
**MI Dept. Rev. 2623 West**
**Oxford Loop**
**Oxford, MS 38655**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number **1584**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**South Carolina Department of**
**Employment and Workforce**
**1550 Gadsden St. PO Box 995**
**Columbia, SC 29202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number **9732**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.00 | $1,300.00

**State of Alabama Department of**
**Revenue**
**50 North Ripley St.**
**Montgomery, AL 36132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**withholding tax**

Last 4 digits of account number **6608**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Brown & Pipkins, LLC d/b/a Acsential**

Name

Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>**State of Alabama Department of Revenue**<br>**50 North Ripley St.**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50.00 | $50.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Corporate Tax** | | |
| | Last 4 digits of account number **3693**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>**State of Alabama Department of Revenue**<br>**50 North Ripley St.**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $174.12 | $174.12 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Business Privilege Tax** | | |
| | Last 4 digits of account number **6935**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>**State of California Employment Debelopment Dept.**<br>**PO Box 826880**<br>**Sacramento, CA 94280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employment tax - Notice only** | | |
| | Last 4 digits of account number **8266**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.14 | Priority creditor's name and mailing address<br>**State of California Franchise Tax Board**<br>**PO Box 942857**<br>**Sacramento, CA 94257-0511** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Corporate Tax - notice only** | | |
| | Last 4 digits of account number **0218**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Brown & Pipkins, LLC d/b/a Acsential**

Name

Case number (*if known*)

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|------|--|--|--|--|--|

**State of Maryland - Dept of Revenue**
110 Carroll St.
Annapolis, MD 21411

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number **9166**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|------|--|--|--|--|--|

**State of Mississippi Dept of Revenue**
PO Box 960
Jackson, MS 39205

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**withholding - Notice Only**

Last 4 digits of account number **9166**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|------|--|--|--|--|--|

**State of Mississippi Dept of Revenue**
PO Box 960
Jackson, MS 39205

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Franchise tax - notice only**

Last 4 digits of account number **2758**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|------|--|--|--|--|--|

**State of South Carolina Dept of Reveue**
PO Box 2535
Columbia, SC 29202

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding tax - Notice Only**

Last 4 digits of account number **3467**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor    **Brown & Pipkins, LLC d/b/a Acsential**                Case number *(if known)* _____
          Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**State of Tennesse Department of Revenue, Andrew Jackson State off., 500 Deaderick St. Nashville, TN 37242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Franchise/Excise Tax - Notice only**

Last 4 digits of account number **4307**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**TN Dept. of Labor & Workforce 220 French Landing Dr. Nashville, TN 37243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number **0615**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**US Department of Labor Harris tower 233 Peachtree St. NE Ste 650 Atlanta, GA 30303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Accounts Receivable 1806 33rd St. Ste 180 Orlando, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,892.66 |

**American Express P.O. Box 650448 Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1000**

Basis for the claim:  Business Credit Card Account

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brown & Pipkins, LLC d/b/a Acsential** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Express**
**c/o TrueAccord, Corp**
**303 2nd St. Ste 750 S**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Amex 54008_

Last 4 digits of account number **6650**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$558,689.42** |
|---|---|---|---|

**Bldg Serv 32BJ Health Fund et**
**25 West 18th Street**
**New York, NY 10011-1991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Order entered 10/04/17, Fulton County, GA Superior_
_Ct, domesticating  NY judgment filed 5/22/17 held by Bldg Serv 32BJ_
_Health Fund, Bldg Serv 32 BJ Legal Srvc Fund & Bldg Srvc 32BJ_
_Thomas Shortman Training, Scholarship and Safety Fund_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159,143.00** |
|---|---|---|---|

**Bldg Serv 32BJHealthFund et al**
**25 West 18th Street**
**New York, NY 10011-1991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Claims of Building Service 32BJ Health Fund, Service_
_Employees International Untion National Industry Pension Fund,_
_Thomas Shortman Training Fund and LOcal 32BJ Building Serevice_
_Legal Fund_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**California Department of**
**Indutrial Relations Labor Comm**
**2031 Howe Ave St. 100**
**Sacramento, CA 95825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,050.00** |
|---|---|---|---|

**City of Atlanta-Burglar System**
**PO Box 936104**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,026.20** |
|---|---|---|---|

**CityGreen Services**
**PO Box 4250**
**Chattanooga, TN 37405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Brown & Pipkins, LLC d/b/a Acsential | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,286.50 |
|---|---|---|---|

**Constangy, Brooks & Smith LLP**
**230 Peachtree Street NW**
**Suite 2400**
**Atlanta, GA 30303-1557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383.00 |
|---|---|---|---|

**Cornerstone Lawn & Garden**
**PO Box 2051**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dawn Ervin**
**1016 Forest Creek Dr.**
**Canton, GA 30115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **8871**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deming, Parker, Hoffman,**
**Campbell & Daly, LLC**
**4851 Jimmy Carter**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deysi Hernandez**
**4135 32nd Ave**
**Vero Beach, FL 32967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **8581**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,308.00 |
|---|---|---|---|

**Employment Record Services**
**PO Box 171141**
**Boise, ID 83717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152,506.94 |
|---|---|---|---|

**FordHarrison LLP**
**Attn: Kevin M. Williams**
**1300 19th Street NW; Suite 300**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Attorney fees**

Last 4 digits of account number  **d003**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Brown & Pipkins, LLC d/b/a Acsential** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frederick L. Wright, Esq.**
**Vaughn, Wright & Boyer LLP**
**1205 Johnson Ferry Rd, #136-44**
**Marietta, GA 30068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Attorney fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$925.00** |
|---|---|---|---|

**Garvin Lee Oliver, Arbitrator**
**9084 Belvoir Woods Parkway**
**Fort Belvoir, VA 22060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Arbitration fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harbin Outdoord, LLC**
**603 South Ridge Rd**
**Jasper, AL 35504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harbin's Outdoors, LLC**
**Red Mountain Law Group**
**Ste 600, 2100 First Ave N**
**Birmingham, AL 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,927.40** |
|---|---|---|---|

**Hirschler Fleischer, Attorneys**
**PO Box 500**
**Richmond, VA 23218-5000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Services rendered__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Justin Sebastian**
**880 Cherokee SE**
**Atlanta, GA 30310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Car Accident AmTrust Claim__

**Last 4 digits of account number  9201**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,237.66** |
|---|---|---|---|

**Kitzia Ramierz- Mancilla**
**2194 McGregor Dr.**
**Rancho Cordova, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  6112**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Brown & Pipkins, LLC d/b/a Acsential | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,758.15**

Laura Smith
254 Northwoods Ave
Manteca, CA 95336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _6205_

Basis for the claim:  **State of California**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,776.75**

LF Staffing Services, Inc.
11426 North Jog Rd
Palm Beach Gardens, FL 33418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Made2Smile
N Carpenter Ave
Orange City, FL 32763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,998.53**

Marquis Sanchez
8585 Banton Court
Elk Grove, CA 95624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _1902_

Basis for the claim:  **State of California**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00**

Massey Pest Prevention
249 E. Memorial Drive
Dallas, GA 30132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _6001_

Basis for the claim:  **Account payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140,354.00**

Maurice Wutscher, LLP
23611 Chagrin Blvd Ste 207
Beachwood, OH 44122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **AmTrust N. A. on behalf of Technology Insurance and
Wesco Incsurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,530.30**

Miller & Martin PLLC
1180 West Peachtree St. NW
Suite 2100
Atlanta, GA 30309-3407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Brown & Pipkins, LLC d/b/a Acsential | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,843.93**

**North Bay Rehabilitation**
**Services, Inc.**
**649 Martin Ave**
**Rohnert Park, CA 94928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,750.00**

**Office of the U. S. Trustee**
**75 Spring St. NW**
**Room 362**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$811.00**

**Orkin, LLC**
**PO Box 1504**
**Atlanta, GA 30301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,550.00**

**Pam's Cleaning Service, LLC**
**2200 Roger VanHook Road**
**Clarkesville, GA 30523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,612.54**

**Piliero Mazza, PLLC**
**888 17th St. NW**
**Suite 1100**
**Washington, DC 20060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,012.15**

**Safety-Kleen**
**PO BOx 650509**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$334.06**

**Santek Waste**
**Waste Service of Tennessee**
**1387 Wisdom Street**
**Chattanooga, TN 37406-1749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Brown & Pipkins, LLC d/b/a Acsential**
          Name

Case number *(if known)*

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,271.25 |
|---|---|---|---|

**Select Data Solutions**
2712 Middleburg Drive; Suite 2
Columbia, SC 29204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Account payable__

Last 4 digits of account number  __N149__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,166.50 |
|---|---|---|---|

**SMARTONE Background Screening**
Select Data Solution
2712 Middleburg Drive; Suite 2
Columbia, SC 29240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Account payable__

Last 4 digits of account number  __N149__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170,995.06 |
|---|---|---|---|

**Smith, Currie & Hancock LLP**
S. Gregory Joy, Esq.
245 P'tree Cntr Ave NE; #27
Atlanta, GA 30303-1227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Attorney fees__

Last 4 digits of account number  __0360__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,605.00 |
|---|---|---|---|

**Soffer, Rech & Borg, LLP**
48 Wall Street
26th Floor
New York, NY 10005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,605.00 |
|---|---|---|---|

**Solano Diverdified Services,**
1761 Broawdway St.
Suite 250
Vallejo, CA 94589

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.11 |
|---|---|---|---|

**Southeastern Paper**
PO Box 890671
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,864.90 |
|---|---|---|---|

**Taylor Enlish Duma, LLP**
1600 Parkwood Circle
Suite 400
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Brown & Pipkins, LLC d/b/a Acsential | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.44** Nonpriority creditor's name and mailing address

**Team Enviro-Atl Joint Venture**
c/o Thomas Richelo, Esq.
8230 Grogans Ferry Road
Atlanta, GA 30350

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

**The Hanover Insurance**
333 W. Pierce Rd
Suite 300
Itasca, IL 60143

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

**The Hanover Insurance Company**
c/o James W. Martin, Esq.
3945 Holcomb Bridge Road, #300
Norcross, GA 30092

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **$29,525.01**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Additional premium claimed to be due upon workers'
compensation insurance police audit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

**Torres Gardening Services**
1024 Victoria Ave
Stockton, CA 95203

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

**Universal Printing Solutions,**
10573 West Pico Blvd, #610
Los Angeles, CA 90064-2438

Date(s) debt was incurred _

Last 4 digits of account number  **9030**

As of the petition filing date, the claim is: *Check all that apply.*                        **$769.96**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

**Vettfirst**
2712 Middleburg Dr.
Suite 224
Columbia, SC 29204

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **$23,750.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

**VettFirst Security**
2712 Middleburg Drive
Suite 224
Columbia, SC 29204

Date(s) debt was incurred _

Last 4 digits of account number  **N149**

As of the petition filing date, the claim is: *Check all that apply.*                       **$1,968.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Brown & Pipkins, LLC d/b/a Acsential**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Waste Management of Nashville Hauling**
PO Box 9001054
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $14,541.82 |

**Wells Fargo Business Card**
420 Montgomery Street
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Credit Card Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Westchester Fire Insurance Co**
c/o Thomas Richelo, Esq.
8230 Grogans Ferry Road
Atlanta, GA 30350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Am Trust North America**<br>800 Superior Ave. E.<br>Cleveland, OH 44114 | Line **3.28**<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Conerstone Landscaping**<br>7335 Valle Pacificao Rd<br>Salinas, CA 93907 | Line **3.10**<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Deysi Hernandes**<br>c/o Morgan & Morgan, E. Combs<br>940 S. Harbor City Blvd<br>Melbourne, FL 32901 | Line **3.13**<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Jacob Collection Group, LLC**<br>2623 West Oxford Loop<br>Oxford, MS 38655 | Line **2.16**<br><br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Kizia Ramierz-State of Cal**<br>Dept of Industrial Relations<br>2031 Howe Ave, Ste 100<br>Sacramento, CA 95825 | Line **3.22**<br><br>☐ Not listed. Explain ___ | _ |
| 4.6 | **Laura Smith-State of Cal**<br>Dpt of Industrial Relations<br>31 E. Channel St. Rm 317<br>Stockton, CA 95202 | Line **3.23**<br><br>☐ Not listed. Explain ___ | _ |

| Debtor | **Brown & Pipkins, LLC d/b/a Acsential** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Marquis Shanchez**<br>**State of Cal. Deputy Labor Com**<br>**2031 Howe Ave, Ste 100**<br>**Sacramento, CA 95825** | Line  **3.26**<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 1,524.12 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 1,569,314.30 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,570,838.42 |

| Fill in this information to identify the case: |
|---|

Debtor name      **Brown & Pipkins, LLC d/b/a Acsential**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or<br>        lease is for and the nature<br>        of the debtor's interest<br><br>        State the term remaining<br><br>        List the contract number of<br>        any government contract | |
| 2.2   State what the contract or<br>        lease is for and the nature<br>        of the debtor's interest<br><br>        State the term remaining<br><br>        List the contract number of<br>        any government contract | |
| 2.3   State what the contract or<br>        lease is for and the nature<br>        of the debtor's interest<br><br>        State the term remaining<br><br>        List the contract number of<br>        any government contract | |
| 2.4   State what the contract or<br>        lease is for and the nature<br>        of the debtor's interest<br><br>        State the term remaining<br><br>        List the contract number of<br>        any government contract | |

**Fill in this information to identify the case:**

Debtor name      **Brown & Pipkins, LLC d/b/a Acsential**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1*: **Codebtor** | | *Column 2*: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Deidre F. Brown** | **2950 Stone Hogan Connector #5 Atlanta, GA 30331** | **American Express** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Deidre F. Brown** | **2950 Stone Hogan Connector #5 Atlanta, GA 30331** | **Wells Fargo Business Card** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Deidre F. Brown** | **2950 Stone Hogan Connector #5 Atlanta, GA 30331** | **Wells Fargo Bank, N.A.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Brown & Pipkins, LLC d/b/a Acsential**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $312,849.52 |
    | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $3,655,159.76 |
    | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $4,426,913.81 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Brown & Pipkins, LLC d/b/a Acsential** | Case number (if known) | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Worldwude Business Group, Inc.** | **Terminated Debtor's Office Lease** | **3/2019** | **$0.00** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Brown & Pipkins, LLC d/b/a Acsential Construction v. Freeland Construction Company, Inc** <br> **2017CV289534** | **Breach of Contract** | **Fulton County Superior Court** <br> **136 Pryor Street, SW** <br> **Atlanta, GA 30303** | ☐ Pending <br> ☐ On appeal <br> ■ Concluded |
| 7.2. **Brown & Pipkins, LLC v. Team Enviro-Atl Joint Venture,** <br> **Enviro AgScience Inc., Lowe Engineers, LLC Philadelphia Indemnity Insurance Co., Westchester Fire Insurance Co.** <br> **2016CV282911** | | **Fulton County Superior Court** <br> **136 Pryor Street, S.W.** <br> **Atlanta, GA 30303** | ☐ Pending <br> ☐ On appeal <br> ■ Concluded |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   **Brown & Pipkins, LLC d/b/a Acsential**                          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Building Service 32BJ Health Fund, Building Servicves 32BJ Legal Service Fund, and Building Service 32BJ Thomas Shortman Training, Scholarship an Safety Fund v. Brown & Pipkins, LLC and Acsential, Inc.**<br>**2017CV294143** | **Petition to Domesticate Foreign Judgment** | **Superior Court of Fulton Cnty**<br>**136 Pryor Street**<br>**Room C-103**<br>**Atlanta, GA 30303** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **Service Employees InternationalUnion, Local 32BJ Union v. Brown & Pipkins, LLC d/b/a Acsential**<br>**13-02974-A** | **Reduction in Hours Arbitration** | **Federal Mediation and Conciliation Srvc** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. **Service Employees International Union, Local 32BJ Union v. Brown & Pipkins, LLC d/b/a Acsential**<br>**13-02976-A** | **Wages Owed Arbitration** | **Federal Mediation and Conciliation Srvc** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. **Service Employees International Union, Local 32BJ Union v. Brown & Pipkins, LLC d/b/a Acsential**<br>**13-03106-A** | **Custodian/Driver Pay arbitration** | **Federal Mediation and Conciliation Srvc** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. **Service Employees International Union, Local 32BJ Union v. Brown & Pipkins, LLC d/b/a Acsential**<br>**13-03107-A** | **Vacation Pay Arbitration** | **Federal Mediation and Conciliation Srvc** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. **The Hanover Insurance Company  vs. Brown & Pipkins, LLC**<br>**17EV004160** | **Compliant regarding workers' compensation policy audit** | **State Court of Fulton County**<br>**185 Central Avenue, S.W.**<br>**Atlanta, GA 30303** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Harbin Outdoors, LLC v Brown & Pipkins, LLC**<br>**64-CV-2018-900060** | **Civil** | **Circuit Court of Walker County Alabama**<br>**1803 3rd Ave**<br>**Suite 205**<br>**Jasper, AL 35501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. **Rosa Amaya( AmTrust North America, Technology Insurance Co) v Brown & Pipkins, LLC**<br>**VA00001040775** | **Workermans Comp** | **Commonwealth of Virginia Workers' Compensation Commission**<br>**1000 DMV Drive**<br>**Richmond, VA 23220** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

12/20/19 2:24PM

Debtor    **Brown & Pipkins, LLC d/b/a Acsential**    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.11. **Marquis Sanchez**<br>v<br>**Acsential Services, Inc.**<br>**WC-CM-490879** | **Workmens Comp** | State of California Dept. of Industrial Relations Labor Commissioner's Off 2031 Howe Ave Ste 100 Sacramento, CA 95825 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **Laura Smith**<br>v<br>**Ascential Technologies Inc.**<br>**WC-CM-456206** | **Workmans comp** | State of California Dept. of Industrial Relations Labor Commissioner's Office 31 E. Channell St. Room 317 Stockton, CA 95202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. **Maria Amaya**<br>v<br>**Brown & Pipkins, LLC** | **Workmans' Comp** | Commonwealth of Virginia Workers' Compensation Commission 1000 DMV Drive Richmond, VA 23220 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. **Aida Cruz**<br>v<br>**Brown & Pipkins, LLC**<br>**VA00001040769** | **Workermans comp** | Commonweal of Virginia Workers' Compensation Commission 1000 DMV Drive Richmond, VA 23220 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **Kitzia Ramirez**<br>v<br>**Brown & Pipkins, LLC**<br>**WC-CM-626112** | **Workmans comp** | State of California Dept. of Industrial Labor Commissioner's Office 2031 how Ave St. 100 Sacramento, CA 95825 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. **Deysi Hernandez**<br>V<br>**Brown & Pipkins, LLC** | **Workmans comp** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. **Dawn Ervin**<br>v<br>**Brown & Pipkins, LLC** | **Workmans Comp** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. **Justin Sebastian (AmTrust - Wesco)**<br>v<br>**Brown & Pipkins**<br>**2828615-3** | **Civil ( Car Accident)** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Brown & Pipkins, LLC d/b/a Acsential** | Case number *(if known)* |
|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Debtor    **Brown & Pipkins, LLC d/b/a Acsential**                                  Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Brown & Pipkins, LLC d/b/a Acsential**                    Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| | |

Debtor    **Brown & Pipkins, LLC d/b/a Acsential**                          Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Wayne Gilmore, CPA MBA**<br>**HLB Gross Collins**<br>**3330 Cumberland Blvd; Ste 900**<br>**Atlanta, GA 30339** | |
| 26a.2.  **Troy Scott** | |
| 26a.3.  **DeVonya Brown** | |
| 26a.4.  **Tamecia Jordan** | |
| 26a.5.  **Wendell Gant** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Wells Fargo Bank**<br>**Christopher A. Benjamin**<br>**3579 Atlanta Ave, 2nd Floor**<br>**MAC G1046-031**<br>**Atlanta, GA 30354** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Deidre Brown | 2950 Stone Hogan Conn Rd SW Building 5 Atlanta, GA 30331 | CEO/90% Membership interest | |

Debtor   **Brown & Pipkins, LLC d/b/a Acsential**

Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Annette Pipkins | 2950 Stone Hogan Conn Rd SW Building 5 Atlanta, GA 30331 | 10% Membership interest | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Deidre Brown** 2859 Fairburn Road Atlanta, GA 30331 | 15,833.34 | **365 days pre-petition** | Compensation |
| | **Relationship to debtor** member, CEO, employee | | | |
| 30.2. | **Annette Pipkins** 4346 Kousa Road Austell, GA 30106 | 18,750.00 | **365 days pre-Petition** | Compensation |
| | **Relationship to debtor** member, employee | | | |
| 30.3. | **Tamecia N. Jordan** 3139 Cherry Blossom Lane Atlanta, GA 30334 | $0.00 | | |
| | **Relationship to debtor** Employee (related to one of the members) | | | |
| 30.4. | **DeVonya N. Brown** 2859 Fairburn Road Atlanta, GA 30331 | $3,316.44 | **365 days pre-Petition** | Compensation |
| | **Relationship to debtor** Employee (related to one of the members) | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Brown & Pipkins, LLC d/b/a Acsential**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **George Brown**<br>**3107 Bellemeade Drive**<br>**Augusta, GA 30906** | **$12,441.85** | **365 days pre-Petition** | **Compensation** |
| | **Relationship to debtor**<br>**Employee (related to one of the members)** | | | |
| 30.6. | **DeAndra Brown**<br>**200 Port Antonio Court**<br>**Atlanta, GA 30349** | **$0.00** | | |
| | **Relationship to debtor**<br>**Employee (related to one of the members)** | | | |
| 30.7. | **DeMario M. Brown**<br>**6132 AHickory Lande Drive**<br>**Union City, GA 30291** | **$0.00** | | |
| | **Relationship to debtor**<br>**Employee (related to one of the members)** | | | |
| 30.8. | **Ronnie Brown**<br>**1237 Augusta Avenue**<br>**Augusta, GA 30901** | **$0.00** | | |
| | **Relationship to debtor**<br>**Employee (related to one of the members)** | | | |
| 30.9. | **Ramon Brown**<br>**7240 Standing Boy Road**<br>**Augusta, GA** | **$5,652.00** | **365 days pre-Petition** | **Compensation** |
| | **Relationship to debtor**<br>**Employee (related to one of the members)** | | | |
| 30.10. | **Cierra Merriweather**<br>**4346 Kousa Road**<br>**Austell, GA 30106** | **$5,424.64** | **365 days pre-Petition** | **Compensation** |
| | **Relationship to debtor**<br>**Employee (related to one of the members)** | | | |
| 30.11. | **Gale Snell**<br>**8009 Chrisitian Court**<br>**Jonesboro, GA 30236** | **$5,845.71** | | |
| | **Relationship to debtor**<br>**Employee (related ot one of the members)** | | | |

Debtor    **Brown & Pipkins, LLC d/b/a Acsential**                                         Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 2. | **Jesse Snell** **4166 Log Cabin** **Macon, GA 31204** | **$0.00** | | |
| | Relationship to debtor **Employee (related to one of the members)** | | | |
| 30.1 3. | **Demetris Weaver** **2061 SE New York Street** **Port Saint Lucie, FL 34952** | **$0.00** | | |
| | Relationship to debtor **Employee (related to one of the members)** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 20, 2019**

**/s/ Deidre F. Brown**                                                **Deidre F. Brown**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor      **CEO; Co-Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re **Brown & Pipkins, LLC d/b/a Acsential**

Debtor(s)

Case No. _____

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☐ Debtor    ☑ Other (specify):    **Deidre F. Brown**

3.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Representation of the debtor in any adversary proceeding and/or contested matter**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 20, 2019**

*Date*

/s/ **William A. Rountree**
**William A. Rountree**
*Signature of Attorney*
**Rountree, Leitman & Klein, LLC**
**Century Plaza I**
**2987 Clairmont Road, Ste 175**
**Atlanta, GA 30329**
**404-584-1244  Fax: 404 704-0246**
**swenger@rklawfirm.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Brown & Pipkins, LLC d/b/a Acsential**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO; Co-Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 20, 2019**

**/s/ Deidre F. Brown**

**Deidre F. Brown**/**CEO; Co-Manager**
Signer/Title

Accounts Receivable
1806 33rd St. Ste 180
Orlando, FL 32839


Am Trust North America
800 Superior Ave. E.
Cleveland, OH 44114


American Express
P.O. Box 650448
Dallas, TX 75265-0448


American Express
c/o TrueAccord, Corp
303 2nd St. Ste 750 S
San Francisco, CA 94107


Bldg Serv 32BJ Health Fund et
25 West 18th Street
New York, NY 10011-1991


Bldg Serv 32BJHealthFund et al
25 West 18th Street
New York, NY 10011-1991


California Department of
Indutrial Relations Labor Comm
2031 Howe Ave St. 100
Sacramento, CA 95825


City of Atlanta-Burglar System
PO Box 936104
Atlanta, GA 31193


CityGreen Services
PO Box 4250
Chattanooga, TN 37405

Commonwealth of VA Dept
of Taxation
PO Box 5610
Richmond, VA 23220


Conerstone Landscaping
7335 Valle Pacificao Rd
Salinas, CA 93907


Constangy, Brooks & Smith LLP
230 Peachtree Street NW
Suite 2400
Atlanta, GA 30303-1557


Cornerstone Lawn & Garden
PO Box 2051
Monterey, CA 93940


County of Fairfax, VA Dept of
Tax Administration
PO Box 10203
Fairfax, VA 22035


Dawn Ervin
1016 Forest Creek Dr.
Canton, GA 30115


Deidre F. Brown
2950 Stone Hogan Connector #5
Atlanta, GA 30331


Deming, Parker, Hoffman,
Campbell & Daly, LLC
4851 Jimmy Carter
Norcross, GA 30093

Deysi Hernandes
c/o Morgan & Morgan, E. Combs
940 S. Harbor City Blvd
Melbourne, FL 32901


Deysi Hernandez
4135 32nd Ave
Vero Beach, FL 32967


EDD - Treasury Offset Program
PO Box 997416
Sacramento, CA 95899


Employment Record Services
PO Box 171141
Boise, ID 83717


Fairfax Cnty Dept of Tax Admin
Governent Center
12000 Government Center Parkwa
Fairfax, VA 22035


Florida Deparment of Revenue -
Tax Lien Dept.
1415 W US HWY 90 STE 115
Lake City, FL 32055


Florida Department of Revenue
505 W. Tennessee St.
Tallahassee, FL 32399


FordHarrison LLP
Attn: Kevin M. Williams
1300 19th Street NW; Suite 300
Washington, DC 20036

Frederick L. Wright, Esq.
Vaughn, Wright & Boyer LLP
1205 Johnson Ferry Rd, #136-44
Marietta, GA 30068


Garvin Lee Oliver, Arbitrator
9084 Belvoir Woods Parkway
Fort Belvoir, VA 22060


Georgia Department of Labor
148 Andew Young Int'l Blvd. NE
Atlanta, GA 30303


Georgia Department of Revenue
1800 Centrury Center Blvd
Suite 9100
Atlanta, GA 30345


Harbin Outdoord, LLC
603 South Ridge Rd
Jasper, AL 35504


Harbin's Outdoors, LLC
Red Mountain Law Group
Ste 600, 2100 First Ave N
Birmingham, AL 35203


Hirschler Fleischer, Attorneys
PO Box 500
Richmond, VA 23218-5000


Internal Revenue Service (CIO)
PO Box 7346
Philadelphia, PA 19101


Jacob Collection Group, LLC
MI Dept. Rev. 2623 West
Oxford Loop
Oxford, MS 38655

Jacob Collection Group, LLC
2623 West Oxford Loop
Oxford, MS 38655


Justin Sebastian
880 Cherokee SE
Atlanta, GA 30310


Kitzia Ramierz- Mancilla
2194 McGregor Dr.
Rancho Cordova, CA 95670


Kizia Ramierz-State of Cal
Dept of Industrial Relations
2031 Howe Ave, Ste 100
Sacramento, CA 95825


Laura Smith
254 Northwoods Ave
Manteca, CA 95336


Laura Smith-State of Cal
Dpt of Industrial Relations
31 E. Channel St. Rm 317
Stockton, CA 95202


LF Staffing Services, Inc.
11426 North Jog Rd
Palm Beach Gardens, FL 33418


Made2Smile
N Carpenter Ave
Orange City, FL 32763


Marquis Sanchez
8585 Banton Court
Elk Grove, CA 95624

Marquis Shanchez
State of Cal. Deputy Labor Com
2031 Howe Ave, Ste 100
Sacramento, CA 95825


Massey Pest Prevention
249 E. Memorial Drive
Dallas, GA 30132


Maurice Wutscher, LLP
23611 Chagrin Blvd Ste 207
Beachwood, OH 44122


Miller & Martin PLLC
1180 West Peachtree St. NW
Suite 2100
Atlanta, GA 30309-3407


North Bay Rehabilitation
Services, Inc.
649 Martin Ave
Rohnert Park, CA 94928


Office of the U. S. Trustee
75 Spring St. NW
Room 362
Atlanta, GA 30303


Orkin, LLC
PO Box 1504
Atlanta, GA 30301


Pam's Cleaning Service, LLC
2200 Roger VanHook Road
Clarkesville, GA 30523

Piliero Mazza, PLLC
888 17th St. NW
Suite 1100
Washington, DC 20060


Safety-Kleen
PO BOx 650509
Dallas, TX 75265


Santek Waste
Waste Service of Tennessee
1387 Wisdom Street
Chattanooga, TN 37406-1749


Select Data Solutions
2712 Middleburg Drive; Suite 2
Columbia, SC 29204


Small Business Administration
PO Box 3918
Portland, OR 97208


SMARTONE Background Screening
Select Data Solution
2712 Middleburg Drive; Suite 2
Columbia, SC 29240


Smith, Currie & Hancock LLP
S. Gregory Joy, Esq.
245 P'tree Cntr Ave NE; #27
Atlanta, GA 30303-1227


Soffer, Rech & Borg, LLP
48 Wall Street
26th Floor
New York, NY 10005

Solano Diverdified Services,
1761 Broawdway St.
Suite 250
Vallejo, CA 94589


South Carolina Department of
Employment and Workforce
1550 Gadsden St. PO Box 995
Columbia, SC 29202


Southeastern Paper
PO Box 890671
Charlotte, NC 28289


State of Alabama Department of
Revenue
50 North Ripley St.
Montgomery, AL 36132


State of California Employment
Debelopment Dept.
PO Box 826880
Sacramento, CA 94280


State of California Franchise
Tax Board
PO Box 942857
Sacramento, CA 94257-0511


State of Maryland - Dept of
Revenue
110 Carroll St.
Annapolis, MD 21411


State of Mississippi Dept of
Revenue
PO Box 960
Jackson, MS 39205

State of South Carolina Dept
of Reveue
PO Box 2535
Columbia, SC 29202


State of Tennesse Department
of Revenue, Andrew Jackson
State off., 500 Deaderick St.
Nashville, TN 37242


Taylor Enlish Duma, LLP
1600 Parkwood Circle
Suite 400
Atlanta, GA 30339


Team Enviro-Atl Joint Venture
c/o Thomas Richelo, Esq.
8230 Grogans Ferry Road
Atlanta, GA 30350


The Hanover Insurance
333 W. Pierce Rd
Suite 300
Itasca, IL 60143


The Hanover Insurance Company
c/o James W. Martin, Esq.
3945 Holcomb Bridge Road, #300
Norcross, GA 30092


TN Dept. of Labor & Workforce
220 French Landing Dr.
Nashville, TN 37243


Torres Gardening Services
1024 Victoria Ave
Stockton, CA 95203

Universal Printing Solutions,
10573 West Pico Blvd, #610
Los Angeles, CA 90064-2438


US Department of Labor
Harris tower
233 Peachtree St. NE Ste 650
Atlanta, GA 30303


Vettfirst
2712 Middleburg Dr.
Suite 224
Columbia, SC 29204


VettFirst Security
2712 Middleburg Drive
Suite 224
Columbia, SC 29204


Waste Management of Nashville
Hauling
PO Box 9001054
Louisville, KY 40290


Wells Fargo Business Card
420 Montgomery Street
San Francisco, CA 94104


Westchester Fire Insurance Co
c/o Thomas Richelo, Esq.
8230 Grogans Ferry Road
Atlanta, GA 30350

# United States Bankruptcy Court
## Northern District of Georgia

In re    __Brown & Pipkins, LLC d/b/a Acsential__

                            Debtor(s)

Case No. _____

Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Brown & Pipkins, LLC d/b/a Acsential__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December 20, 2019__

Date

__/s/ William A. Rountree__

__William A. Rountree__

Signature of Attorney or Litigant

Counsel for    __Brown & Pipkins, LLC d/b/a Acsential__

__Rountree, Leitman & Klein, LLC__
__Century Plaza I__
__2987 Clairmont Road, Ste 175__
__Atlanta, GA 30329__
__404-584-1244 Fax:404 704-0246__
__swenger@rlklawfirm.com__