# CERTIFIED COPY OF RESOLUTION

# OF MEMBERS OF

# BROWN AND PIPKINS, LLC

This is to certify that at a meeting of the members Brown & Pipkins, LLC, a Georgia Limited Liability Company (the "Company"), held on the 18th day of December 2019 the following resolution was adopted:

**WHEREAS**, the Company is unable to pay its debts as they generally mature. **NOW, THEREFORE, IT IS HEREBY RESOLVED**, that the Company authorizes the Managing Member of the Company to prepare, file and execute the Petition for Relief provided in Title 11, United States Code, Chapter 7 for Brown and Pipkins, LLC, a Georgia Limited Liability Company, and all of the necessary papers in connection therewith, in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division.

**RESOLVED FURTHER**, that the Managing Member of the Company be and he hereby is authorized to do any other acts, execute all necessary documents and take any other steps in the name and in behalf of the said Company necessary or appropriate to obtaining such relief, including the presentation of a Plan of Reorganization.

**RESOLVED FURTHER**, that the Managing Member of the Company be and he hereby is authorized to retain as counsel for the Company in said proceeding Rountree, Leitman & Klein, LLC.

Said resolution is still of full force and effect.

Dated, this December 18, 2019.

BROWN AND PIPKINS, LLC

By: _____
Deidre Brown, Co. Manager

By: _____
Annette Pipkins, Co. Manager

04032091-