UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-70322-lrc |
| | ) | |
| BROWN & PIPKINS, LLC d/b/a ACSENTIAL | ) ) | Chapter 7 |
| | ) | Judge: Lisa Ritchey Craig |
| Debtor(s). | ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that Alan C. Hochheiser of Maurice Wutscher LLP, 23611 Chagrin Blvd., Suite 207, Beachwood, OH 44122, has been retained as Attorney for AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc., Creditor in the above-referenced Proceedings.

Copies of all further communications, pleadings, court notices, and other papers should be served on said Attorney as Attorney of Record.

Respectfully submitted,

MAURICE WUTSCHER, LLP

/s/ Alan C. Hochheiser
Alan C. Hochheiser
Ohio Bar No. 0041222
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
Telephone: (216) 220-1129
Facsimile: (216) 472-8510
Email: ahochheiser@mauricewutscher.com

Counsel for AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | ) Case No. 19-70322-lrc |
| | ) |
| BROWN & PIPKINS, LLC d/b/a ASCENTIAL | ) Chapter 7 |
| | ) |
| | ) Judge: Lisa Ritchey Craig |
| Debtor(s). | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned, Alan C. Hochheiser, of Maurice Wutscher LLP, hereby certifies that I served a copy of the Notice of Appearance & Request for Notices on May 11, 2020, to the following via CM/ECF Electronic mail or by depositing same in the United States Mail in properly addressed envelopes with adequate postage to:

| | |
|---|---|
| Brown & Pipkins, LLC d/b/a Acsential<br>PO Box 312245<br>Atlanta, GA 31131 | William A. Rountree, Esq.<br>Rountree Leitman & Klein, LLC<br>Century Plaza I, Suite 175<br>2987 Clairmont Road<br>Atlanta, GA 30329<br>wrountree@rlklawfirm.com |
| S. Gregory Hays, Trustee<br>Hays Financial Consulting, LLC<br>2964 Peachtree Road, Suite 555<br>Atlanta, GA 30305<br>ghays@haysconsulting.net | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>Ustpregion21.at.ecf@usdoj.gov |

Dated: May 11, 2020

/s/ Alan C. Hochheiser
Alan C. Hochheiser, Ohio Bar No. 0041222
MAURICE WUTSCHER LLP

Counsel for AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc.