# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 19-70322-LRC  
**Case Name:** BROWN & PIPKINS, LLC D/B/A ACSENTIA  

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 12/20/2019 (f)  
**§ 341(a) Meeting Date:** 01/21/2020  

**For Period Ending:** 06/30/2021  

**Claims Bar Date:** 05/19/2020  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | A/R 90 days old or less. Face amount = $0.00. Doubtful/Uncollectible accounts = $0.00.<br>Encumbered by liens. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | A/R Over 90 days old. Face amount = $96,296.52. Doubtful/Uncollectible accounts = $96,296.52.<br>Entire balance of $96,296.52 scheduled as doubtful or uncollectible. Encumbered by liens. No recovery expected. | 96,296.52 | 0.00 | | 0.00 | FA |
| 3 | Other inventory or supplies: Janitorial Supplies, Net Book Value: Unknown<br>Encumbered by liens. | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 4 | 1997 Ford Explorer.<br>Notice of abandonment filed on 2/19/20, Docket # 11. | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | 2012 Dodge Caravan.<br>Notice of abandonment filed on 2/19/20, Docket # 11. | 500.00 | 500.00 | OA | 0.00 | FA |
| 6 | 2012 Dodge Journey.<br>Notice of abandonment filed on 2/19/20, Docket # 11. | 500.00 | 500.00 | OA | 0.00 | FA |
| 7 | Machines, fixtures, and equipment.<br>Encumbered by liens. | 3,921.25 | 3,921.25 | | 0.00 | FA |
| 8 | Notes Receivable: Outstanding Balance of loan to New Beginnings Fort Polk. Total Face amount - Uncollectable amount = $9,000.00 - $4,500.00<br>Encumbered by liens. | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 9 | Fraudulent Transfer Claims (u)<br>Trustee does not intend to pursue. See Next Activity memo. | Unknown | 0.00 | | 0.00 | FA |
| 9 | **Assets        Totals**    (Excluding unknown values) | **$108,217.77** | **$11,921.25** | | **$0.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 19-70322-LRC | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** BROWN & PIPKINS, LLC D/B/A ACSENTIA | **Date Filed (f) or Converted (c):** 12/20/2019 (f) |
| | **§ 341(a) Meeting Date:** 01/21/2020 |
| **For Period Ending:** 06/30/2021 | **Claims Bar Date:** 05/19/2020 |

**Major Activities Affecting Case Closing:**

6/30/21 - Trustee was investigating pre-petition transfers of assets and accounts and collectability of judgments relating to same. Trustee has approached potential counsel to review records and claims against potential defendants. A recommendation has been made to not pursue the claim. Trustee will file his Notice of Abandonment of the Debtor's records in his possession and file his No Asset Report (NDR).

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2022 | **Current Projected Date Of Final Report (TFR):** | 08/31/2021 |

| | |
|---|---|
| 07/30/2021 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |