UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BROWN & PIPKINS, LLC, | : | CASE NO. 19-70322-LRC |
| d/b/a ACSENTIAL | : | |
| | : | |
| Debtor. | : | |

### NOTICE OF ABANDONMENT OF CERTAIN
### PROPERTY OF THE ESTATE

**PLEASE TAKE** NOTICE that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-captioned estate, proposes to abandon the below listed property as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to Debtor's estate. To the extent the documents are not claimed by the owners of the Debtor, the Trustee will have them securely destroyed or will store them as required by law.

**Documents in Approximately 28 Boxes of Records Containing:**
Monthly Work Schedules
Contractor and Client Timesheets
Personnel Files/Timesheets
HR Template and Guidelines
Vendor/Contractor Payments
Client Intake Procedures
Monthly Client Interviews
Contractor Guidelines
In-State Contracts/Purchase Agreements
Voided Contacts/Proposals
Weekly Work Schedules w/Notes
Annual Registration Guidelines
Professionals Designations/Certification Template
Timesheets for Independent Contractors
Contractors Bid List
Business Proposals and Task List

**PLEASE TAKE FURTHER** NOTICE that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the

address shown below within fourteen (14) days from the date of service of this Notice. If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and the Debtor.

    This 30th day of August, 2021.

                                                                     */s/ S. Gregory Hays*  
                                                                     S. Gregory Hays  
Hays Financial Consulting, LLC            Chapter 7 Trustee  
2964 Peachtree Road, NW, Ste 555  
Atlanta, GA 30305  
(404) 926-0060